UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:05-cr-49-FtM-33SPC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO MARTINEZ,
CARNESTER LEE ELLIS,

    Defendants.

_____/

THE FOREGOING MOTION IS HEREBY DENIED/GRANTED THIS ___ DAY OF July, 2005

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

## UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

COMES NOW the undersigned counsel for the Defendant, Roberto Martinez, and hereby moves the Court for permission to appear telephonically at the status conference scheduled for Thursday, July 14, 2005 at 9:30 a.m. before the Honorable Virginia M. Hernandez Covington. Undersigned counsel has conferred with Douglas Molloy, Assistant United States Attorney, who states that he has no objection to this request. The telephone number that the undersigned counsel may be reached at for this status conference is 786-200-3777.

1

Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.
Attorney for Defendant Roberto Martinez
800 Brickell Avenue
Penthouse Two
Miami, Florida 33131
Telephone: 305-373-6400
Facsimile: 305-373-0396
E-Mail: HRDCRIMINALLAW@AOL.COM


By: s/Humberto R Dominguez
    Humberto R. Dominguez, Esq.
    Florida Bar No.: 837903


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of July, 2005 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

DOUGLAS MOLLOY, ESQ.
Douglas.molloy@usdoj.gov

NELSON RODRIGUEZ VARELA, ESQ.
nelson@nrvlaw.us


/sHumberto R. Dominguez
Humberto R. Dominguez, Esq.

2